William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(212) 599-7909
Co-counsel
Jeffrey M. Gottlieb, Esq. (JG-7905)
Berger & Gottlieb
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD JENKINS, Individually      :   ECF
and on Behalf of All Other        :   08 Civ. 3527 (GBD)
Persons Similarly Situated,       :
                                  :
             Plaintiffs,          :
                                  :
    -against-                     :
                                  :
NBC UNIVERSAL, INC.,              :
EXECUTIVE PEGASUS LIMOUSINE, LLC, :
PEGASUS TRANSPORT SERVICE, INC.,  :
CENGIZ TASDEMIR, RON JACOBOVICH,  :
And JOHN DOES #1-10,              :
                                  :
             Defendants.          :
------------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiff and so designate the collective class representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Date: 5/13/08

Taurus Braxton