LITTLER MENDELSON, P.C.
Andrew P. Marks (AM0361)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
Attorneys for Defendant NBC Universal, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JENKINS, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br> -against-<br><br>NBC UNIVERSAL, INC., EXECUTIVE PEGASUS LIMOUSINE, LLC, PEGASUS TRANSPORT SERVICES, INC., CENGIZ TASDEMIR, RON JACOBAVICH and JOHN DOES #1-10,<br><br>                Defendants. | 08 CV 3527(GBD)<br><br>**RULE 7.1 STATEMENT**<br><br>**DOCUMENT FILED ELECTRONICALLY** |

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, defendant NBC Universal, Inc. states that it is owned (through intermediate entities) by General Electric Company and Vivendi Universal, S.A., both of which are publicly held corporations. No other publicly held company owns more than 10% of the stock of NBC Universal, Inc.

Date:  New York, New York
        June 16, 2008

                                          Respectfully submitted,

                                          LITTLER MENDELSON
                                          A Professional Corporation

                                          By: _____
                                             Andrew P. Marks (AM0361)
                                             885 Third Avenue, 16th Floor
                                             New York, New York 10022.4834
                                             Tel: 212.583.9600
                                             Fax: 212.832.2719
                                             amarks@littler.com
                                             Attorneys for Defendant NBC Universal, Inc.