LITTLER MENDELSON, P.C.
Andrew P. Marks (AM0361)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
Attorneys for Defendant NBC Universal, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JENKINS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NBC UNIVERSAL, INC., EXECUTIVE PEGASUS LIMOUSINE, LLC, PEGASUS TRANSPORT SERVICES, INC., CENGIZ TASDEMIR, RON JACOBAVICH and JOHN DOES #1-10,<br><br>Defendants. | 08 CV 3527(GBD)<br><br>**NOTICE OF APPEARANCE**<br><br>DOCUMENT FILED ELECTRONICALLY |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendant NBC Universal, Inc. in the above-captioned matter.

Date:  New York, New York
       June 16, 2008

Respectfully submitted,

LITTLER MENDELSON
A Professional Corporation

By: _____
   Andrew P. Marks (AM0361)
   885 Third Avenue, 16th Floor
   New York, New York 10022.4834
   Tel: 212.583.9600
   Fax: 212.832.2719
   amarks@littler.com
   Attorneys for Defendant NBC Universal, Inc.