LITTLER MENDELSON, P.C.
Sara Sheinkin (SS9719)
885 Third Avenue, 16th Floor
New York, New York  10022.4834
Tel:  212.583.9600
Fax:  212.832.2719
Attorneys for Defendant NBC Universal, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JENKINS, individually and on behalf of others similarly situated, <br><br>                 Plaintiff, <br><br> -against- <br><br> NBC UNIVERSAL, INC., EXECUTIVE PEGASUS LIMOUSINE, LLC, PEGASUS TRANSPORT SERVICES, INC., CENGIZ TASDEMIR, RON JACOBAVICH and JOHN DOES #1-10, <br><br>                 Defendants. | 08 CV 3527(GBD) <br><br><br> **NOTICE OF APPEARANCE** <br><br> **DOCUMENT FILED ELECTRONICALLY** |

      PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendant NBC Universal, Inc. in the above-captioned matter.

Date:  New York, New York
         June 16, 2008

                                            Respectfully submitted,

                                            LITTLER MENDELSON
                                            A Professional Corporation

                                    By:    s/Sara Sheinkin
                                            Sara Sheinkin (SS9719)
                                            885 Third Avenue, 16th Floor
                                            New York, New York 10022.4834
                                            Tel:  212.583.9600
                                            Fax:  212.832.2719
                                            ssheinkin@littler.com
                                            Attorneys for Defendant NBC Universal, Inc.