**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                                    |                         |
|------------------------------------|-------------------------|
| Plaintiff,                         |                         |
| -v-                                | Case No._____   |
|                                    | **Rule 7.1 Statement**  |
| Defendant.                         |                         |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

`Executive Pegasus Limousine LLC`   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   `NONE.`

**Date:**  _____              _____

                                                    **Signature of Attorney**

                                                    **Attorney Bar Code:** _____