UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    Plaintiff,

-v-                                                     Case No._____

                                                        **Rule 7.1 Statement**

                                    Defendant.
_____

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   NONE

**Date:** _____    _____
                                            **Signature of Attorney**

                                            **Attorney Bar Code:** _____