William C. Rand, Esq.
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(212) 599-7909
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD JENKINS, Individually : ECF
and on Behalf of All Other : 08 Civ. 3527 (GBD)(DF)
Persons Similarly Situated, :
 :
                  Plaintiffs, :
 :
      -against- :
 :
NBC UNIVERSAL, INC., :
EXECUTIVE PEGASUS LIMOUSINE, LLC, :
PEGASUS TRANSPORT SERVICE, INC., :
CENGIZ TASDEMIR, RON JACOBOVICH, :
And JOHN DOES #1-10, :
 :
                  Defendants. :
 :
-----------------------------------------------------------------X

## NOTICE OF MOTION FOR APPROVAL OF COLLECTIVE ACTION NOTICE

**PLEASE TAKE NOTICE** that upon the accompanying (a) memorandum of law, (b) the declaration of Plaintiffs' counsel, William C. Rand, Esq., and the exhibits attached thereto, (c) the declarations of Plaintiffs Edward Jenkins, Taurus Braxton, John E. Jackson, Steven Griffin and Cecil Covin, and (d) all pleadings filed herein, a motion for the Court's approval of Plaintiffs' Collective Action Notice will be made by Plaintiffs at 9:30 a.m. on Monday July16, 2008 before the Honorable George B. Daniels, United States Courthouse, 500 Pearl St., Courtroom 15D, New York, NY 10007. The motion will specifically seek the entry of an Order (1) allowing the case to proceed as a

1

collective action, (2) directing Defendants to disclose the names and last known addresses of current and former employees who are potential plaintiffs and putative members of the collective action class, (3) authorizing service by mail upon potential plaintiffs of the proposed collective action notice attached as Exhibit A to the declaration of William C. Rand, Esq. and entitled NOTICE OF LAWSUIT AND OPPORTUNITY TO JOIN, and the proposed Consent to Become Party Plaintiff attached thereto as Exhibit B.  A proposed order is submitted herewith.

Dated: New York, New York
       July 1, 2008

                                LAW OFFICE OF WILLIAM COUDERT RAND

                                s/William C. Rand
                                _____
                                William Coudert Rand, Esq.
                                Attorney for Plaintiff, Individually,
                                and on Behalf of All Other Persons Similarly Situated
                                711 Third Avenue, Suite 1505
                                New York, New York 10017
                                Tel: (212) 286-1425


                                Co-counsel
                                Berger & Gottlieb
                                Jeffrey M. Gottlieb, Esq. (JG-7905)
                                150 East 18th Street, Suite PHR
                                New York, New York 10003
                                Tel: (212) 228-9795

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD JENKINS, Individually              :   ECF
and on Behalf of All Other                :   08 Civ. 3527 (GBD)(DF)
Persons Similarly Situated,               :
                                          :
                Plaintiffs,               :
                                          :
        -against-                         :
                                          :
NBC UNIVERSAL, INC.,                      :
EXECUTIVE PEGASUS LIMOUSINE, LLC,         :
PEGASUS TRANSPORT SERVICE, INC.,          :
CENGIZ TASDEMIR, RON JACOBOVICH,          :
And JOHN DOES #1-10,                      :
                                          :
                Defendants.               :
                                          :
-----------------------------------------------------------------X

# [PROPOSED] ORDER ON PLAINTIFFS' MOTION
## TO APPROVE COLLECTIVE ACTION NOTICE

THIS MATTER came on before the Court on Plaintiffs' Motion for Approval of Collective Action Notice and related relief, and the Court, having reviewed the said motion, the responses and replies thereto, if any, and the case file herein, and now being sufficiently advised in the premises,

HEREBY ORDERS that Plaintiffs' Motion is GRANTED, and FURTHER ORDERS that

1.      The collective action notice entitled "NOTICE OF LAWSUIT AND OPPORTUNITY TO JOIN" and attached hereto as Exhibit A is hereby approved for mailing to potential plaintiffs;

2.      The collective class of potential plaintiffs in this matter shall consist of all current and former employees of Defendants who worked as limousine and/or van drivers or similar positions with different titles ("Drivers") who worked for Defendants in any location in excess of forty (40) hours per week without being paid overtime compensation therefor equal to one and one-half times the regular rate at which they were employed at any time during the six year period immediately preceding the date of this Order; and

3.      Defendants shall provide to Plaintiffs the names and last-known addresses of all potential plaintiffs (i.e. all Drivers or similar employees employed within the six

1

year period prior to April 11, 2008, the date of the complaint) no later than five (5) business days after the date of this Order. This information shall be supplied in paper form, and also digitally in one of the following formats: Microsoft Excel; Microsoft Word; or Corel WordPerfect; and

  4. Plaintiffs shall mail the notice of collective action to all potential plaintiffs no later than twenty (20) days following the defendant's disclosure of their names and last-known addresses; and

  5. If any notice to any potential plaintiff is returned as undeliverable, Plaintiffs' counsel is permitted to mail the notice to such potential plaintiff again at any other address he may determine is appropriate; and

  6. All potential plaintiffs must opt-in no later than sixty-five (65) days following the date of mailing of the collective action notice, by returning the executed form entitled "Consent to Become Party Plaintiff" to Plaintiffs' counsel no later than sixty (60) days from the date of mailing. Plaintiffs' counsel shall thereupon promptly file such executed consents with the Court and serve copies thereof on other counsel of record.

DATED this   day of  , 2008

               _____
                       U.S.D.J.