Andrew P. Marks (AM-0361)
Sara Danielle Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendant
 NBC Universal, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JENKINS, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>NBC UNIVERSAL, INC., EXECUTIVE PEGASUS LIMOUSINE, LLC, PEGASUS TRANSPORT SERVICE, INC., CENGIZ TASDEMIR, RON JACOBOVICH, and JOHN DOES, #1-10,<br><br>　　　　　　　　Defendants. | Index No. 08-cv-3527 (GBD)<br><br>**NBC UNIVERSAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Electronically filed |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration submitted herewith, Defendant NBC Universal, Inc., by and through its counsel of record, Littler Mendelson, P.C., will and hereby moves this Court, before the Honorable Judge B. Daniels, United States District Court Judge of the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court if oral argument is desired, for an order, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, dismissing this action for improper venue, or in the alternative, transferring the action to the District of New Jersey. NBC Universal, Inc. will and hereby moves

also for such other and further relief as may be just, proper and equitable, including costs and attorneys' fees.

Date: July 1, 2008
New York, New York

    /s Sara Sheinkin
Andrew P. Marks (AM-0361)
Sara Danielle Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendant
  NBC Universal, Inc.

2