T 525   P 002/004   F 337

LITTLER MENDELSON®

July 14, 2008

*Via Fax 212-805-6737*

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



**SO ORDERED**

The conference is adjourned to
September 3, 2008 at 9:30 a.m.

JUL 14 2008 *[signature]*

**HON. GEORGE B. DANIELS**

Re:    Jenkins, et al. v. Executive Pegasus Limousine, et al.
       Index No. 08-cv-3527

Dear Judge Daniels:

We write with the consent of all counsel to request that the initial status conference currently scheduled for July 15, 2008 be adjourned until September 2008, and that the briefing schedule agreed to by the parties for responding to the pending cross-motions be accepted by the Court. The request is made because the parties are currently engaged in settlement negotiations and believe in good faith that a settlement will be achieved. No prior request for an adjournment has been made.

Respectfully submitted,

Andrew P. Marks (AM0361)

cc:    William Rand, Esq. (Via E-mail)
       Al Cowger, Esq. (Via E-mail)

885 Third Avenue  16th Floor, New York, New York 10022.4834  Tel: 212 583 9600 Fax: 212 832.2719 www.littler.com