UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

EDWARD JENKINS, Individually                          :     ECF
and on Behalf of All Other                            :     08 Civ. 3527 (GBD)
Persons Similarly Situated,                           :
                                                      :
                              Plaintiffs,             :
                                                      :
                                                      :
              -against-                               :
                                                      :
NBC UNIVERSAL, INC.,                                  :
EXECUTIVE PEGASUS LIMOUSINE, LLC,                     :
PEGASUS TRANSPORT SERVICE, INC.,                      :
CENGIZ TASDEMIR, RON JACOBOVICH,                     :
And JOHN DOES #1-10,                                  :
                                                      :
                              Defendants.             :
                                                      :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 5 2008

### STIPULATION REGARDING BRIEFING SCHEDULE AND TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EDWARD

JENKINS, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and

Defendants NBC UNIVERSAL, INC., EXECUTIVE PEGASUS LIMOUSINE, LLC, PEGASUS

TRANSPORT SERVICE, INC., CENGIZ TASDEMIR, and RON JACOBOVICH (together

"Defendants"), through their undersigned attorneys, that the schedule for the briefing of Plaintiff's

Motion for Approval of Collective Action Notice and Defendant's Motion to Dismiss for Improper

Venue shall be as follows:

| Papers | Due Date for Filing |
|---|---|
| Defendants' Opposition to Motion for Collective Action Notice | September 15 2008 |
| Plaintiff's Reply re Motion for Collective Action Notice | September 29, 2008 |

Plaintiff's' Opposition to Motion To Dismiss for Improper Venue    September 15, 2008
Defendant's Reply re Motion to Dismiss for Improper Venue    September 29, 2008

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the

Defendants, through their undersigned attorneys who state that they have been authorized to enter

this Stipulation And Tolling Agreement, that the statute of limitations period for alleged violations of

the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be

similarly situated to Plaintiff who may Opt-In to the collective action shall hereby be deemed tolled

for the period of July 7, 2008 through and including September 29, 2008.

DATED: July 14, 2008

William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425; fax (212) 599-7909
Attorneys for Plaintiff

Andrew Marks, Esq. (AM 6361)
Littler Mendelson, P.C.
885 Third Ave., 16th Floor
New York, N.Y. 10022
212-583-2661
Attorney for Defendant NBC UNIVERSAL, INC.

Alfred R. Cowger Jr., Esq.
28 Greenbriar Road
P.O. Box 299
Harveys Lake, PA 18618-0299
Attorney for Defendants EXECUTIVE PEGASUS LIMOUSINE, LLC,
PEGASUS TRANSPORT SERVICE, INC., CENGIZ TASDEMIR, and
RON JACOBOVICH

SO ORDERED THIS
DAY OF       , 2008.

JUL 1 4 2008

HON. GEORGE B. DANIELS

2