**ALFRED R. COWGER, JR.**

ATTORNEY AT LAW
P.O. BOX 299
HARVEYS LAKE, PA 18618-0299
PH: +1-570-760-0847    FAX: +1-570-614-2178
EMAIL: ARCOWGER@AOL.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

September 2, 2008

**SO ORDERED**

The Honorable Judge George B. Daniels
U.S. District Court for the Southern District
 Of New York
500 Pearl Street
New York, NY 10007
Via Fax No.: 212-805-6737

The conference is adjourned to
September 24, 2008 at 9:30 a.m.

SEP 0 3 2008

HON. GEORGE B. DANIELS

Re    *Jenkins v. NBC Universal*, Case No. 08-CV-3527

Dear Judge Daniels:

On behalf of all the parties' counsel in the above-referenced case, I am writing with a request that the Status Conference scheduled for tomorrow, September 3, 2008, at 9:30 a.m., be postponed for two weeks, or the next date thereafter available on your calendar.

The parties are all working in good faith toward a settlement of this case, and had hoped to have the details of the settlement finalized by now. However, due to the illness of both parents of my client, Defendant Cengiz Tasdemir, who is the owner and President of Defendants Executive Pegasus Limousine LLC and Pegasus Transport Service Inc., Mr. Tasdemir had to travel back to Istanbul, Turkey. This has delayed obtaining certain information needed for the computation of settlement figures. Nonetheless, counsel have continued to work diligently toward a settlement, and believe that we have made sufficient progress such that the need for a status conference at this time is obviated. In fact, counsel hope to have this matter resolved as to all material aspects in the next two weeks. Therefore, we request this two-week postponement.

Please note that this is the second joint request of counsel for an extension of this status conference.

Finally, counsel further agree, unless you order otherwise, that the deadlines stated in the Stipulation Regarding Briefing Schedule and Tolling Agreement dated July 14, 2008, will also be extended for an additional two weeks, such that the following deadlines would now apply:

| | |
|---|---|
| Defendants' Opposition to Motion for Collective Action | Sept. 29, 2008 |
| Plaintiffs' Reply to Defendants' Opposition to Motion | Oct. 13, 2008 |
| Plaintiffs' Opposition to Motion to Dismiss for Improper Venue | Sept. 29, 2008 |
| Defendants' Reply to Plaintiffs' Opposition to Motion | Oct. 13, 2008 |
| Statute of Limitations Tolled | October 13, 2008 |

SEPTEMBER 2, 2008
PAGE 2 OF 2

Please feel free to use me as the contact person should any problems or questions arise regarding this request, and I will forward your questions, concerns and/or approval of this request to other counsel.

Very truly yours,

Alfred R. Cowger, Jr.
Attorney for Defendants
Executive Pegasus Limousine LLC,
Pegasus Transport Services Inc.,
Cengiz Tasdemir and Ron Jakobovich

cc:     William C. Rand (via email WCRand@WCRand.com)
        Andrew Marks (via email AMarks@Littler.com)